1  B. Kristian W. Rasmussen, III, FL Bar No. 0229430
   Cory Watson Crowder & DeGaris, PC
2  2131 Magnolia Avenue, STE 200
   Birmingham, AL 35205
3  Telephone: (205) 328-2200
   Facsimile: (205) 324-7896
4

5  Attorneys for Plaintiff

6  **IN THE UNITED STATES DISTRICT COURT**

7  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8  **(SAN FRANCISCO DIVISION)**

| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | Master File No. M:05-CV-01699-CRB<br><br>District Judge: Charles R. Breyer<br>Magistrate: |
|---|---|

| **DANA CHIN,** *individually and on behalf of Tate McAllister, deceased*<br><br>Plaintiff,<br>v.<br><br>Pfizer, Inc., Pharmacia Corp., and G.D. Searle & Co.,<br><br>Defendants | MDL No.: 1699<br><br>Case No.: 3-07-cv-04793-CRB<br><br>**PLAINTIFFS' STIPULATION & PROPOSED ORDER FOR WITHDRAWAL & SUBSTITUTION OF ATTORNEYS** |
|---|---|

20   1.   Plaintiff, pursuant to Fed. R. Civ. P. 5(a) and NDCA Local Rule 11-5, by and

through the undersigned attorneys, stipulates and consents to the following:

   2.   B. Kristian W. Rasmussen hereby withdrawals as attorney of record and counsel

for the Plaintiff incorporated herein.

   3.   Pete Kaufman, attorney at law in good standing with the Florida Bar and

previously admitted *pro hac vice* in this litigation, is hereby substituted in place and instead of

attorney, B. Kristian W. Rasmussen, as attorney for the Plaintiffs and counsel of record in this

action.

Plaintiff's Stipulation to Withdrawal and Substitute Attorneys          CASE NO. 3-07-CV-04793-CRB

4. In support thereof the Plaintiff states the following:

5. B. Kristian W. Rasmussen resigned from his position with his former firm, Levin Papantonio, et al., and joined the law firm of Cory Watson Crowder & DeGaris, P.C. Mr. Rasmussen's new contact information is:

> Cory Watson Crowder & DeGaris, P.C.
> 2131 Magnolia Avenue
> Birmingham, AL 35205
> 205-328-2200 (office)
> 205-271-7111 (office direct)
> 1-800-852-6299 (office – toll free)
> 205-324-7896 (facsimile)
>
> Krasmussen@cwcd.com

6. Pete Kaufman is and has been making all necessary arrangements to receive notice of any and all activity related to the Plaintiffs' claims.

7. This Withdrawal and Substitution will not to adversely affect any claims made on behalf of the clients nor will it cause any delay whatsoever in the litigation.

WHEREFORE, Plaintiff, by and through the undersigned attorney respectfully request that this Honorable Court enter the Order Granting the Parties Stipulation to Withdrawal and Substitute Attorneys.

Dated: April 7, 2008                    Respectfully submitted,

                                        By: /s/ B. Kristian W. Rasmussen
                                        B. Kristian W. Rasmussen, Esq.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
                       Hon. Charles R. Breyer
                       United States District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 7th day of April, 2008, a copy of the foregoing Plaintiffs' Notice of Stipulation to Withdrawal and Substitute Attorneys was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System. The aforementioned documents were also served by electronic mail, upon the following counsel of record:

> Stuart M. Gordon, Esq.,
> CA Bar No.: 37477
> GORDON & REES, LLP
> 275 Battery Street, Ste. 2000
> San Francisco, CA 94111
> Telephone: (415) 986-5900
> Facsimile: (415) 262-3801
>     Attorney for the Defendants

      /s/ B. Kristian W. Rasmussen
      B. Kristian W. Rasmussen, III