B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Cory Watson Crowder & DeGaris, PC
2131 Magnolia Avenue, STE 200
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

**In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation**

**MDL No. 1699**

**District Judge: Charles R. Breyer**
**Magistrate:**

THIS DOCUMENT RELATES TO:

*Mark Coats v. Pfizer, Inc. et al., Case No. 06-cv-4048-CRB*
*Joan Detloff v. Pfizer, Inc. et al., Case No. 06-cv-4048-CRB*
*Loretta Meinsen v. Pfizer, Inc. et al., Case No. 06-cv-4048-CRB*
*Margie Tims v. Pfizer, Inc. et al., Case No. 06-cv-4048-CRB*
*Joseph Wilcher v. Pfizer, Inc. et al., Case No. 06-cv-4048-CRB*
*Katherine Greenwood v. Pfizer, Inc. et al., Case No. 06-cv-4048-CRB*
*Freddie Smith v. Pfizer, Inc. et al., Case No. 06-cv-4048-CRB*
*Sylvia St. Pierre et al. v. Pfizer, Inc. et al., Case No. 06-cv-4048-CRB*
*Gerald Rittenberry et al. v. Pfizer, Inc. et al., Case No. 06-cv-4048-CRB*
Joseph Lautieri *v. Pfizer, Inc. et al., Case No. 06-cv-4048-CRB*
Clarence Thomas *v. Pfizer, Inc. et al., Case No. 06-cv-4048-CRB*
Dorothy Fornes *v. Pfizer, Inc. et al., Case No. 06-cv-4048-CRB*
Muriel Beetz *v. Pfizer, Inc. et al., Case No. 06-cv-4048-CRB*
*Joseph Houston v. Pfizer, Inc. et al., Case No. 06-cv-6136-CRB*
*Berniece Nelson v. Pfizer, Inc. et al., Case No. 06-cv-6136-CRB,*

MDL No.: 1699

**PLAINTIFFS' STIPULATION & ~~PROPOSED~~ ORDER FOR WITHDRAWAL & SUBSTITUTION OF ATTORNEYS**

*Noah Grimes v. Pfizer, Inc. et al.*, Case No. 06-cv-6136-CRB,
*Luz Rivera Armstrong v. Pfizer, Inc. et al.*, Case No. 06-cv-6136-CRB,
*Leopal McAdams v. Pfizer, Inc. et al.*, Case No. 06-cv-6136-CRB,
*Valarie Momet-Elam v. Pfizer, Inc. et al.*, Case No. 06-cv-6136-CRB,
*Ronda Stevens v. Pfizer, Inc. et al.*, Case No. 06-cv-6136-CRB
*Dorothy Sivilli v. Pfizer, Inc. et al.*, Case No. 06-cv-6136-CRB
*Walter Parr v. Pfizer, Inc. et al.*, Case No. 06-cv-6136-CRB
*Alice Meyette v. Pfizer, Inc. et al.*, Case No. 06-cv-6811-CRB
*Norma Wheadon v. Pfizer, Inc. et al.*, Case No. 06-cv-6811-CRB
*Alice Banks Ellis v. Pfizer, Inc. et al.*, Case No. 06-cv-6811-CRB
Norman Welsh v. Pfizer, Inc. et al., Case No. 06-cv-6812-CRB
Charles Kitchens, Sr. v. Pfizer, Inc. et al., Case No. 06-cv-6812-CRB
*Corrine Thomas v. Pfizer, Inc. et al.*, Case No. 06-cv-7691-CRB
*Marvin Wickline v. Pfizer, Inc. et al.*, Case No. 06-cv-7691-CRB
*Edward Komoski v. Pfizer, Inc. et al.*, Case No. 06-cv-7691-CRB
*Michael Tubbs v. Pfizer, Inc. et al.*, Case No. 06-cv-7691-CRB
*Rosalyn Benson et al. v. Pfizer, Inc. et al.*, Case No. 06-cv-7691-CRB
*Lateena Bull et al. v. Pfizer, Inc. et al.*, Case No. 06-cv-7691-CRB
*Patricia Gott et al. v. Pfizer, Inc. et al.*, Case No. 06-cv-7691-CRB
*Esther Baldwin v. Pfizer, Inc. et al.*, Case No. 07-cv-1826-CRB
*Candace Bebout v. Pfizer, Inc. et al.*, Case No. 07-cv-1826-CRB
*Paula Bradley v. Pfizer, Inc. et al.*, Case No. 07-cv-1826-CRB
*Delores Clayborn v. Pfizer, Inc. et al.*, Case No. 07-cv-1826-CRB
*Erma Cleeton v. Pfizer, Inc. et al.*, Case No. 07-cv-1826-CRB
*Elanore Cole v. Pfizer, Inc. et al.*, Case No. 07-cv-1826-CRB
*David Counterman v. Pfizer, Inc. et al.*, Case No. 07-cv-1826-CRB
*Virginia Daringer v. Pfizer, Inc. et al.*, Case No. 07-cv-1826-CRB
*Joseph Drake v. Pfizer, Inc. et al.*, Case

*No. 07-cv-1826-CRB*
*Linda Duvall v. Pfizer, Inc. et al., Case No. 07-cv-1826-CRB*
*Bobbie Feltman v. Pfizer, Inc. et al., Case No. 07-cv-1826-CRB*
*Ralph Frederick, Jr. v. Pfizer, Inc. et al., Case No. 07-cv-1826-CRB*
*Christine Gaines v. Pfizer, Inc. et al., Case No. 07-cv-1826-CRB*
*Ted Geiger v. Pfizer, Inc. et al., Case No. 07-cv-1826-CRB*
*Webster Green v. Pfizer, Inc. et al., Case No. 07-cv-1826-CRB*
*Daryl Hood v. Pfizer, Inc. et al., Case No. 07-cv-1826-CRB*
*Jerry Hoyte v. Pfizer, Inc. et al., Case No. 07-cv-1826-CRB*
*Sherry Lockridge v. Pfizer, Inc. et al., Case No. 07-cv-1826-CRB*
*Edgar Luten v. Pfizer, Inc. et al., Case No. 07-cv-1826-CRB*
*Louis MacLean v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*Shirley Motley v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*Elmer Murry v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*Odis Payne v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*Dolly Price v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*Carmen Pomales v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*John Slaybaugh v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*Greg Rhoades v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*Ardella Sims v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*Katherine Sinnett v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*William Skipper v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*Charles Tautfest v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*Jerry Trussel v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*John Vasquez v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*Danny Ward v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*Monica Williams v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*Veronica Carloss Crow et al. v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*

*Mary S. Malone et al. v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*Belinda Taylor et al. v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*Vikki L. Wells et al. v. Pfizer, Inc. et al., Case No. 07-cv-1827-CRB*
*Gary Brewer v. Pfizer, Inc. et al., Case No. 07-cv-4031-CRB*
*Richard Calloway v. Pfizer, Inc. et al., Case No. 07-cv-4031-CRB*
*Mike Haney v. Pfizer, Inc. et al., Case No. 07-cv-4031-CRB*
*Kathy Hoover v. Pfizer, Inc. et al., Case No. 07-cv-4031-CRB*
*Linda Latham v. Pfizer, Inc. et al., Case No. 07-cv-4031-CRB*
*Barbara Mayo v. Pfizer, Inc. et al., Case No. 07-cv-4031-CRB*
*Gernie Moorhead v. Pfizer, Inc. et al., Case No. 07-cv-4031-CRB*
*John Nixon v. Pfizer, Inc. et al., Case No. 07-cv-4031-CRB*
*Raphael Ramsarran v. Pfizer, Inc. et al., Case No. 07-cv-4031-CRB*
*Isabel Sanabria v. Pfizer, Inc. et al., Case No. 07-cv-4031-CRB*
*Leonid Zagorodnyuk, v. Pfizer, Inc. et al., Case No. 07-cv-4031-CRB*
*Dana Chin et al. v. Pfizer, Inc. et al., Case No. 07-cv-4793-CRB*
*Clara Massey v. Pfizer, Inc. et al., Case No. 06-cv-4049-CRB*
*Jennifer Degazon v. Pfizer, Inc. et al., Case No. 06-cv-4049-CRB*
*Morris Oden v. Pfizer, Inc. et al., Case No. 06-cv-4049-CRB*
*James Redmond v. Pfizer, Inc. et al., Case No. 06-cv-4049-CRB*
*Mary Ellen Queen et al. v. Pfizer, Inc. et al., Case No. 06-cv-4050-CRB*
*Joseph Sabol v. Pfizer, Inc. et al., Case No. 06-cv-4597-CRB*
*Gilbert Pedroza v. Pfizer, Inc. et al., Case No. 06-cv-4597-CRB*
*James Richards, Sr. v. Pfizer, Inc. et al., Case No. 06-cv-4597-CRB*
*James Root v. Pfizer, Inc. et al., Case No. 06-cv-4597-CRB*
*Wanda Talbot v. Pfizer, Inc. et al., Case No. 06-cv-4597-CRB*
*Irene Gibson et al. v. Pfizer, Inc. et al., Case No. 06-cv-4597-CRB*
*Elizabeth A. Fields et al. v. Pfizer, Inc. et al., Case No. 06-cv-4597-CRB*
*Burl Harmon v. Pfizer, Inc. et al., Case No.*

*06-cv-6135-CRB*

*Josep Loper v. Pfizer, Inc. et al., Case No. 06-cv-6135-CRB*

*Mary Lee Jenkins v. Pfizer, Inc. et al., Case No. 06-cv-6135-CRB*

*Ruby Barrentine v. Pfizer, Inc. et al., Case No. 06-cv-6135-CRB*

*Elizabeth Stotts et al. v. Pfizer, Inc. et al., Case No. 06-cv-6135-CRB*

*Sharon O'Quinn et al. v. Pfizer, Inc. et al., Case No. 06-cv-6135-CRB*

*Charles Skelton v. Pfizer, Inc. et al., Case No. 06-cv-7690-CRB*

*James Conley, Sr. v. Pfizer, Inc. et al., Case No. 06-cv-7690-CRB*

*Bukurije Skepi v. Pfizer, Inc. et al., Case No. 06-cv-7690-CRB*

*Robert Parker v. Pfizer, Inc. et al., Case No. 06-cv-7690-CRB*

*Winford Bent v. Pfizer, Inc. et al., Case No. 06-cv-7690-CRB*

*Alicia Carswell v. Pfizer, Inc. et al., Case No. 06-cv-7690-CRB*

*Virginia Atkins v. Pfizer, Inc. et al., Case No. 06-cv-7690-CRB*

*Anna Jones v. Pfizer, Inc. et al., Case No. 07-cv-2594-CRB*

*Daniel Silver v. Pfizer, Inc. et al., Case No. 07-cv-5704-CRB*

*Robert Haring v. Pfizer, Inc. et al., Case No. 07-cv-5704-CRB*

*Lorraine Lee v. Pfizer, Inc. et al., Case No. 07-cv-5704-CRB*

*Candace Berry v. Pfizer, Inc. et al., Case No. 07-cv-5704-CRB*

*Guillermo Sans v. Pfizer, Inc. et al., Case No. 07-cv-5704-CRB*

*Robert Altadonna v. Pfizer, Inc. et al., Case No. 07-cv-5704-CRB*

*Diane Dicresci v. Pfizer, Inc. et al., Case No. 07-cv-5704-CRB*

*Cathy Byrd v. Pfizer, Inc. et al., Case No. 07-cv-5704-CRB*

*Dwilette Haynes v. Pfizer, Inc. et al., Case No. 07-cv-5704-CRB*

*Jimmy Barnes v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*

*Gloria Belton v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*

*Helene Berkman v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*

*Carol Cameron v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*

*Jacqueline Cannon v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*

*Stephen Crooke v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*
*Hugo Harbers, Jr. v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*
*Jacqueline Hunt v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*
*Gerald Jones v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*
*Ronald Massecar et al. v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*
*Sabatino Masucci v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*
*Delores Moffatt v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*
*Don Moffatt v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*
*Linda Mollette v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*
*Maureen Olivarez v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*
*Ernestine Redmond v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*
*Anne Tomkinson v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*
*Brenda White v. Pfizer, Inc. et al., Case No. 07-cv-1738-CRB*

1. Plaintiffs, pursuant to Fed. R. Civ. P. 5(a) and NDCA Local Rule 11-5, by and through the undersigned attorneys, stipulate and consent to the following:

2. B. Kristian W. Rasmussen hereby withdrawals as attorney of record and counsel for the Plaintiffs identified on Exhibit A attached hereto and incorporated here in.

3. Pete Kaufman, attorney at law in good standing with the Florida Bar and previously admitted *pro hac vice* in this litigation, is hereby substituted in place and instead of attorney, B. Kristian W. Rasmussen, as attorney for the Plaintiffs and counsel of record in this action.

4. In support thereof the Plaintiffs state the following:

5. B. Kristian W. Rasmussen resigned from his position with his former firm, Levin Papantonio, et. al., and joined the law firm of Cory Watson Crowder & DeGaris, P.C. Mr. Rasmussen's new contact information is:

Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
205-328-2200 (office)
205-271-7111 (office direct)
1-800-852-6299 (office – toll free)
205-324-7896 (facsimile)
Krasmussen@cwcd.com

6. Pete Kaufman is and has been making all necessary arrangements to receive notice of any and all activity related to the Plaintiffs' claims.

7. This Withdrawal and Substitution will not to adversely affect any claims made on behalf of the clients nor will it cause any delay whatsoever in the litigation.

WHEREFORE, Plaintiffs, by and through the undersigned attorney respectfully request that this Honorable Court enter the Order Granting the Parties Stipulation to Withdrawal and Substitute Attorneys.

Dated: April 9, 2008

Respectfully submitted,

By: /s/ B. Kristian W. Rasmussen

B. Kristian W. Rasmussen, Esq.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 14, 2008

Hon. Charles R. Breyer
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer